**9/18/2015**                                                        **COA No. 02-15-00034-CR**
**SEWELL, LARRY GENE          Tr. Ct. No. 0248756D                   PD-0769-15**
The appellant's pro se petition for discretionary review has this day been received and filed.

Abel Acosta, Clerk

LARRY GENE SEWELL
CLEMENTS UNIT - TDC #408290
9601 SPUR 591
AMARILLO, TX  79107-9606

**9/18/2015**　　　　　　　　　　　　　　　　　　　　　**COA No. 02-15-00034-CR**
**SEWELL, LARRY GENE**　　**Tr. Ct. No. 0248756D**　　　　　**PD-0769-15**
The appellant's pro se petition for discretionary review has this day been received and filed.

　　　　　　　　　　　　　　　　　　　　　　　　Abel Acosta, Clerk

　　　　　　　　　2ND COURT OF APPEALS  CLERK
　　　　　　　　　DEBRA SPISAK
　　　　　　　　　401 W. BELKNAP, STE 9000
　　　　　　　　　FORT WORTH, TX  76196
　　　　　　　　　* DELIVERED VIA E-MAIL *

**9/18/2015**                                                  **COA No. 02-15-00034-CR**
**SEWELL, LARRY GENE      Tr. Ct. No. 0248756D**           **PD-0769-15**
The appellant's pro se petition for discretionary review has this day been received
and filed.

Abel Acosta, Clerk

LISA MCMINN
STATE PROSECUTING ATTORNEY
P.O. BOX 13046
AUSTIN, TX 78711
* DELIVERED VIA E-MAIL *

**9/18/2015**                                     **COA No. 02-15-00034-CR**
**SEWELL, LARRY GENE**     **Tr. Ct. No. 0248756D**            **PD-0769-15**

The appellant's pro se petition for discretionary review has this day been received and filed.

                                                 Abel Acosta, Clerk

                 DISTRICT ATTORNEY TARRANT COUNTY
                 SHAREN WILSON
                 401 WEST BELKNAP
                 FORT WORTH, TX 76196
                 * DELIVERED VIA E-MAIL *